# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD F. LAVINE,<br><br>  Plaintiff,<br><br>  vs.<br><br>JACOBS ENGINEERING GROUP INC. INTEGRATED DISABILITY PLAN, AND STANDARD INSURANCE COMPANY,<br><br>  Defendants. | Case No. 2:15-CV-0744-CBM (Ex)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE   [JS-6]**<br><br>Judge: Hon. Consuelo B. Marshall |

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:15-cv-0744 CBM (Ex), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

Dated: January 15, 2016

_____
Hon. Consuelo B. Marshall
United States District Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

147147.1

1

Case No. 2:15-CV-744-CBM (Ex)
ORDER GRANTING STIPULATION TO DISMISS
ACTION WITH PREJUDICE